| | |
|---|---|
| 1 | Harold W. Potter, Esq., SBN 120107 |
| 2 | hwp@jones-mayer.com<br>James R. Touchstone, Esq., SBN 184584 |
| 3 | jrt@jones-mayer.com<br>Denise L. Rocawich, Esq., SBN 231473 |
| 4 | dlr@jones-mayer.com<br>JONES & MAYER |
| 5 | 3777 N. Harbor Blvd.<br>Fullerton, California 92835 |
| 6 | Telephone: (714) 446-1400<br>Facsimile: (714) 446-1448 |
| 7 | |
| 8 | Attorneys for Defendants, City of Whittier, Chief of Police Jeff A. Piper, Lamarr Tinnin, Jim Azpilicueta, Roy Benjamin, Jake Junge, John King, Richard Jensen, Jose Escobedo |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASMIN SALCIDO, and GARY SALCIDO, individually and as surviving heirs and successors in interest of JONATHAN SALCIDO (deceased),<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WHITTIER, CHIEF OF POLICE JEFF A. PIPER (in his individual and official capacity), LAMARR TINNIN (in his individual and official capacity), JIM AZPILICUETA (in his individual and official capacity), ROY BENJAMIN (in his individual and official capacity), JAKE JUNGE (in his individual and official capacity), JOHN KING (in his individual and official capacity), RICHARD JENSEN (in his individual and official capacity), JOSE ESCOBEDO (in his individual and official capacity) and DOES 8-20, inclusive,<br><br>Defendants. | Case No. 2:17-cv-08819-CBM(ASx)<br><br>*[Assigned to the Honorable Consuelo B. Marshall -Courtroom 8B]*<br><br>JOINT REPORT OF COUNSEL REGARDING NOTICE OF SETTLEMENT; REQUEST TO REMOVE CASE TO INACTIVE STATUS AND TO SET A STATUS CONFERENCE RE FILING OF STIPULATED DISMISSAL | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE the parties in the above-referenced matter, by and through their undersigned counsel, submit the following Joint Notice of Settlement:

Plaintiffs JASMIN SALCIDO, and GARY SALCIDO, individually and as surviving heirs and successors in interest of JONATHAN SALCIDO (deceased), and Defendants CITY OF WHITTIER, CHIEF OF POLICE JEFF A. PIPER (in his individual and official capacity), LAMARR TINNIN (in his individual and official capacity), JIM AZPILICUETA (in his individual and official capacity), ROY BENJAMIN (in his individual and official capacity), JAKE JUNGE (in his individual and official capacity), JOHN KING (in his individual and official capacity), RICHARD JENSEN (in his individual and official capacity), JOSE ESCOBEDO (in his individual and official capacity), have reached a settlement of all causes of actions and issues between all parties in the above-referenced case, pursuant to which Defendants shall pay Plaintiffs the sum total of $1,900,000 inclusive of all costs and attorneys' fees".

A formal settlement agreement will be circulated between the parties for review and approval.  Once all of the appropriate signatures have been obtained, an executed Stipulation of Dismissal ("Dismissal") of the entire action will be filed.

The parties intend to file the Dismissal as soon as practical, but respectfully request the parties are given sixty (60) days to file said dismissal.  Accordingly, the parties request the current Pre-Trial Conference of May 14, 2019, and Trial of July16, 2019, be taken off calendar, with the Court issuing a Status Conference re Dismissal on or about sixty (60) days hereinafter.

///

///

///

///

Defendants have obtained all necessary approvals to enter into said Settlement from its excess insurance carrier and city council.

Dated: April 22, 2019              JONES & MAYER

By: /s/ Harold W. Potter
Harold W. Potter, Esq.
James R. Touchstone, Esq.
Denise L. Rocawich, Esq.
Attorneys for Defendants
City of Whittier, Jeff A. Piper, Lamarr Tinnin, Jim Azpilicueta, Roy Benjamin, Jake Junge, John King, Richard Jensen, Jose Escobedo

Dated: April 22, 2019              HADSELL, STORMER & RENICK

By /s/ Barbara Hadsell
Barbara Hadsell, Esq.
Dan Stormer, Esq.
Joshua Nuni, Esq.
Attorneys for Plaintiffs Jasmin and Gary Salcido

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

- 2 -
JOINT REPORT OF COUNSEL REGARDING NOTICE OF SETTLEMENT; REQUEST TO REMOVE CASE TO INACTIVE STATUS AND TO SET ASTATUS CONFERENCE RE FILING OF STIPULATED DISMISSAL