Harold W. Potter, Esq., SBN 120107
hwp@jones-mayer.com
James R. Touchstone, Esq., SBN 184584
jrt@jones-mayer.com
Denise L. Rocawich, Esq., SBN 231473
dlr@jones-mayer.com
JONES & MAYER
3777 N. Harbor Blvd.
Fullerton, California 92835
Telephone:  (714) 446-1400
Facsimile:  (714) 446-1448

Attorneys for Defendants, City of Whittier,
Chief of Police Jeff A. Piper, Lamarr Tinnin,
Jim Azpilicueta, Roy Benjamin, Jake Junge,
John King, Richard Jensen, Jose Escobedo

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMIN SALCIDO, and GARY SALCIDO, individually and as surviving heirs and successors in interest of JONATHAN SALCIDO (deceased), | Case No. 2:17-cv-08819-CBM(ASx) |
| | *[Assigned to the Honorable Consuelo B. Marshall -Courtroom 8B]* |
| Plaintiffs, | NOTICE OF SETTLEMENT |
| v. | |
| CITY OF WHITTIER, CHIEF OF POLICE JEFF A. PIPER (in his individual and official capacity), LAMARR TINNIN (in his individual and official capacity), JIM AZPILICUETA (in his individual and official capacity), ROY BENJAMIN (in his individual and official capacity), JAKE JUNGE (in his individual and official capacity), JOHN KING (in his individual and official capacity), RICHARD JENSEN (in his individual and official capacity), JOSE ESCOBEDO (in his individual and official capacity) and DOES 8-20, inclusive, | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE the parties in the above-referenced matter, by and through their undersigned counsel, submit the following Notice of Settlement:

Plaintiffs JASMIN SALCIDO, and GARY SALCIDO, individually and as surviving heirs and successors in interest of JONATHAN SALCIDO (deceased), and Defendants CITY OF WHITTIER, CHIEF OF POLICE JEFF A. PIPER (in his individual and official capacity), LAMARR TINNIN (in his individual and official capacity), JIM AZPILICUETA (in his individual and official capacity), ROY BENJAMIN (in his individual and official capacity), JAKE JUNGE (in his individual and official capacity), JOHN KING (in his individual and official capacity), RICHARD JENSEN (in his individual and official capacity), JOSE ESCOBEDO (in his individual and official capacity), have reached a settlement of all causes of actions and issues between all parties in the above-referenced case, pursuant to which Defendants shall pay Plaintiffs the sum total of $1,900,000 inclusive of all costs and attorneys' fees.

A formal settlement agreement will be circulated between the parties for review and approval.  Once all of the appropriate signatures have been obtained, an executed Stipulation of Dismissal ("Dismissal") of the entire action will be filed, on or before June 14, 2019.

Dated:  April 25, 2019                    JONES & MAYER


                                          By: /s/ Harold W. Potter
                                          Harold W. Potter, Esq.
                                          James R. Touchstone, Esq.
                                          Denise L. Rocawich, Esq.
                                          Attorneys for Defendants
                                          CITY OF WHITTIER, JEFF A. PIPER,
                                          LAMARR TINNIN, JIM
                                          AZPILICUETA, ROY BENJAMIN,
                                          JAKE JUNGE, JOHN KING, RICHARD
                                          JENSEN, JOSE ESCOBEDO

- 1 -
NOTICE OF SETTLEMENT

1

2

Dated:    April 25, 2019                            HADSELL, STORMER & RENICK

3

4

5                                                   By /s/ Barbara Hadsell

6                                                     Barbara Hadsell, Esq.
                                                      Dan Stormer, Esq.
7                                                     Joshua Nuni, Esq.
                                                      Attorneys for Plaintiffs Jasmin and Gary
8                                                       Salcido

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

NOTICE OF SETTLEMENT