1  Harold W. Potter, Esq., SBN 120107
   hwp@jones-mayer.com
2  James R. Touchstone, Esq., SBN 184584
   jrt@jones-mayer.com
3  Denise L. Rocawich, Esq., SBN 231473
   dlr@jones-mayer.com
4  JONES & MAYER
   3777 N. Harbor Blvd.
5  Fullerton, California 92835
   Telephone: (714) 446-1400
6  Facsimile: (714) 446-1448

7
   Attorneys for Defendants, City of Whittier,
8  Chief of Police Jeff A. Piper, Lamarr Tinnin,
   Jim Azpilicueta, Roy Benjamin, Jake Junge,
9  John King, Richard Jensen, Jose Escobedo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMIN SALCIDO, and GARY SALCIDO, individually and as surviving heirs and successors in interest of JONATHAN SALCIDO (deceased),<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WHITTIER, CHIEF OF POLICE JEFF A. PIPER (in his individual and official capacity), LAMARR TINNIN (in his individual and official capacity), JIM AZPILICUETA (in his individual and official capacity), ROY BENJAMIN (in his individual and official capacity), JAKE JUNGE (in his individual and official capacity), JOHN KING (in his individual and official capacity), RICHARD JENSEN (in his individual and official capacity), JOSE ESCOBEDO (in his individual and official capacity) and DOES 8-20, inclusive,<br><br>Defendants. | Case No. 2:17-cv-08819-CBM(ASx)<br><br>*[Assigned to the Honorable Consuelo B. Marshall -Courtroom 8B]*<br><br>**ORDER OF DISMISSAL**<br><br>JS-6 |

**ORDER OF DISMISSAL**

| | |
|---|---|
| 1 | **ORDER OF DISMISSAL** |
| 2 | Pursuant to the stipulation of the parties under <u>Federal Rule of</u> |
| 3 | <u>Civil Procedure</u>, Rule 41(a)(ii), IT IS HEREBY ORDERED THAT THIS |
| 4 | ACTION BE AND HEREBY IS DISMISSED WITH PREJUDICE as to all claims, |
| 5 | causes of action and parties, with each party bearing its own attorney's fees and |
| 6 | costs. The clerk is directed to close the file. |
| 7 | |
| 8 | Dated: June 5, 2019 |
| 9 | |
| 10 | CONSUELO B. MARSHALL<br>UNITED STATES DISTRICT JUDGE |